RECEIVED
USDC. CLERK. CHARLESTON. SC

2010 OCT 21 A 10: 31

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| Debra Ann Buenting, | ) | Civil Action No. 2:10-448-RSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| Michael J. Astrue, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, Michael J. Astrue, Commissioner of Social Security, by his undersigned attorneys, William N. Nettles, United States Attorney for the District of South Carolina, and Marshall Prince, Assistant United States Attorney for said district, has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter judgment with an order remanding the case to the Commissioner for further administrative proceedings.

On order of the Court, the Appeals Council will affirm the subsequent allowance and remand the case to an ALJ for a new hearing and decision. The Appeals Council will instruct the ALJ to further evaluate the opinions of Drs. Tountas, Keller, and Gonzalez, provide a rationale for the weight given to their opinions, further evaluate all of Plaintiff's impairments, give further consideration to Plaintiff's residual functional capacity, obtain vocational evidence, and determine whether Plaintiff was disabled prior to January 12, 2008.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby

**REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a **REMAND** of the cause to the Commissioner for further administrative proceedings as set out above. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

**AND IT IS SO ORDERED.**

Robert S. Carr
United States Magistrate Judge

Charleston, South Carolina

October 20, 2010