# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Debra Ann Buenting | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   2:10-cv-448-RSC |
| Commissioner of Soical Security Administration | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: It is Ordered and Adjudged that the decision of the Commissioner is Reversed and the case is Remanded to the Commissioner under Sentence Four 42 U.S.C. § 405(g) for further proceedings.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Robert. S Carr, United States Magistrate Judge

Date:   October 21, 2011                                       *CLERK OF COURT*  Larry W. Propes

                                                                                s/Heather Hillman
                                                                      *Signature of Clerk or Deputy Clerk*